UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Robin T. Davis,

                Defendant.

7:17-MJ-8009(MRG)

**JUDGMENT**

---

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on December 28, 2017 accepted the defendant's plea of guilty to the charge of Disorderly Conduct, in violation of the provisions of section 240.20 of the Penal Law of the State of New York, in full satisfaction of the Misdemeanor Complaint filed on October 27, 2017, it is,

ORDERED, ADJUDGED AND DECREED that the defendant Robin T. Davis is sentenced to

(1) A conditional Discharge for a term of six (6) months on the conditions that:

    (a) The defendant is to pay restitution in the amount of $19.16 to the Veterans Administration and provide proof to the Court thereof; and

(2) A fine of $50.00 with time to pay White Plains by January 25, 2018 or appear on January 26, 2018 in U.S. District court.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge